IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN GARCIA, as Personal Representative of the Estate of DONALD DEAN FOSTER, Deceased,,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 8:12cv183<br><br>ORDER |

Upon notice of settlement through mediation, given to the magistrate judge by Robert L. Homan, counsel for defendant,

**IT IS ORDERED:**

1. On or before **February 26, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: January 28, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge